IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

GREG NEWSOME, et al.,

    Plaintiffs,

v.                    No. 02-2203 B

NORTHWEST AIRLINES CORP., et al.,

    Defendants.

---

## ORDER LIFTING STAY OF PROCEEDINGS AS TO DEFENDANTS NORTHWEST AIRLINES AND AIRCRAFT MECHANICS FRATERNAL ASSOCIATION

---

In an order entered October 8, 2002, this Court stayed these proceedings as to Defendants Northwest Airlines, Inc. and the Aircraft Mechanics Fraternal Association pending arbitration proceedings. Based on counsel's advice to the Court that the arbitration process has concluded, the stay is hereby LIFTED. In addition, the June 5, 2003 motion of the Plaintiffs to lift the stay is DENIED as moot.

IT IS SO ORDERED this 25th day of April, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 4-26-05

**UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE**



# Notice of Distribution

This notice confirms a copy of the document docketed as number 159 in case 2:02-CV-02203 was distributed by fax, mail, or direct printing on April 26, 2005 to the parties listed.

---

Stephanie Camille Reifers
BATEMAN GIBSON & CHILDERS
65 Union Ave.
1010 Cotton Exchange Bldg.
Memphis, TN 38103

Karen L Dingle
SEHAM SHEHAM MELTZ PERERSEN, LLP
11 Martine Ave.
Ste. 1405
White Plains, NY 10606

Nicholas P. Granath
SEHAM, SEHAM, MELTZ & PETERSEN, LLP
2950 Metro Drive
Ste 301
Bloomington, MN 55425

Mark A. Allen
PROVOST & UMPHREY, LLP
200 Jefferson Ave.
Ste. 250
Memphis, TN 38103

Carmen R. Parcelli
GUERRIERI EDMOND & CLAYMAN
1625 Massachusetts Ave., N.W.
Ste. 700
Washington, DC 20036--224

Charles McGhee
BLANTON & McGHEE
5384 Poplar Ave.
Ste. 400
Memphis, TN 38119

Stephen D. Goodwin
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Margaret H. Spurlin
PAUL HASTINGS JANOFSKY & WAKLER LLP-Washington
875 15th St., N.W.
Washington, DC 20005

Stanley J. Silverstone
SEHAM SHEHAM MELTZ PETERSEN, LLP
445 Hamilton Ave.
Ste. 1204
White Plains, NY 10601

Lee Seham
SEHAM SHEHAM MELTZ PERERSEN, LLP
445 Hamilton Ave.
Ste. 1204
White Plains, NY 10601

Jeffrey A. Bartos
GUERRIERI EDMOND & CLAYMAN
1625 Massachusetts Ave., N.W.
Ste. 700
Washington, DC 20036--224

Ralph T. Gibson
BATEMAN GIBSON & CHILDERS
65 Union Ave.
1010 Cotton Exchange Bldg.
Memphis, TN 38103

John J Gallagher
PAUL HASTINGS JANOFSKY & WAKLER LLP
875 15th St. N.W.
Washington, DC 20005

Joseph Guerrieri
GUERRIERI EDMOND & CLAYMAN
1625 Massachusetts Ave., N.W.
Ste. 700
Washington, DC 20036--224

Kenneth M. Willner
PAUL HASTINGS JANOFSKY & WAKLER LLP-Washington
875 15th St., N.W.
Washington, DC 20005

Honorable J. Breen
US DISTRICT COURT