FILED BY ____ D.C.

05 MAY 19  AM 6:50

ROBERT R. J. TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

GREG NEWSOME, et al.,

     Plaintiffs,

v.                                           No. 02-2203 B

NORTHWEST AIRLINES CORP., et al.,

     Defendants.

---

ORDER DENYING PLAINTIFFS' SUPPLEMENTAL MOTION FOR DISCOVERY
PURSUANT TO FED. R. CIV. P. 56(F) AND TO STAY CONSIDERATION OF
DEFENDANTS' RENEWED MOTIONS TO DISMISS AND SETTING DEADLINE
FOR RESPONSE TO RENEWED MOTIONS TO DISMISS

---

Before the Court are Defendant Northwest Airlines, Inc.'s renewed motion to dismiss, filed

March 26, 2004, and Defendant Aircraft Mechanics Fraternal Association's ("AMFA's") motion to

renew its motion to dismiss, filed March 29, 2004.[1] In response to the motions, the Plaintiffs, Greg

Newsome, et al., filed a supplemental motion for discovery pursuant to Rule 56(f) of the Federal

Rules of Civil Procedure and to stay consideration of the motions to dismiss until discovery could

be obtained. Based on its review of the parties' submissions, the Court concludes that the motion

is not well-taken. Accordingly, the motion is DENIED, and the Plaintiffs are directed to respond to

the renewed motions to dismiss of Northwest Airlines, Inc. and AMFA within thirty (30) days of the

entry of this order.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5-19-05

---

[1]AMFA's motion to renew its motion to dismiss is in fact a motion to dismiss. To the
extent AMFA's motion to renew must be ruled upon, it is GRANTED. Since AMFA's motion to
dismiss is now filed, and based upon the Court's order herein, the Plaintiffs must respond to it.



IT IS SO ORDERED this 18 day of May, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 163 in
case 2:02-CV-02203 was distributed by fax, mail, or direct printing on
May 19, 2005 to the parties listed.

---

Jeffrey A. Bartos
GUERRIERI EDMOND & CLAYMAN
1625 Massachusetts Ave., N.W.
Ste. 700
Washington, DC 20036--224

Kenneth M. Willner
PAUL HASTINGS JANOFSKY & WAKLER LLP-Washington
875 15th St., N.W.
Washington, DC 20005

Nicholas P. Granath
SEHAM SHEHAM MELTZ PETERSEN, LLP
445 Hamilton Ave.
Ste. 1204
White Plains, NY 10601

Mark A. Allen
PROVOST & UMPHREY, LLP
200 Jefferson Ave.
Ste. 250
Memphis, TN 38103

Margaret H. Spurlin
PAUL HASTINGS JANOFSKY & WAKLER LLP-Washington
875 15th St., N.W.
Washington, DC 20005

Stanley J. Silverstone
SEHAM SHEHAM MELTZ PETERSEN, LLP
445 Hamilton Ave.
Ste. 1204
White Plains, NY 10601

Stephen D. Goodwin
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Karen L Dingle
SEHAM SHEHAM MELTZ PERERSEN, LLP
11 Martine Ave.
Ste. 1405
White Plains, NY 10606

Ralph T. Gibson
BATEMAN GIBSON & CHILDERS
65 Union Ave.
1010 Cotton Exchange Bldg.
Memphis, TN 38103

Lee Seham
SEHAM SHEHAM MELTZ PERERSEN, LLP
445 Hamilton Ave.
Ste. 1204
White Plains, NY 10601

Stephanie Camille Reifers
BATEMAN GIBSON & CHILDERS
65 Union Ave.
1010 Cotton Exchange Bldg.
Memphis, TN 38103

Carmen R. Parcelli
GUERRIERI EDMOND & CLAYMAN
1625 Massachusetts Ave., N.W.
Ste. 700
Washington, DC 20036--224

John J Gallagher
PAUL HASTINGS JANOFSKY & WAKLER LLP
875 15th St. N.W.
Washington, DC 20005

Charles McGhee
BLANTON & McGHEE
5384 Poplar Ave.
Ste. 400
Memphis, TN 38119

Joseph Guerrieri
GUERRIERI EDMOND & CLAYMAN
1625 Massachusetts Ave., N.W.
Ste. 700
Washington, DC 20036--224

Honorable J. Breen
US DISTRICT COURT