UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP 16 PM 3:56

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

GREG NEWSOME, et al.,

          Plaintiffs,

vs.

NORTHWEST AIRLINES CORP.,
NORTHWEST AIRLINES, INC.,
INTERNATIONAL ASSOCIATION OF
MACHINISTS & AEROSPACE WORKERS,
and AIRCRAFT MECHANICS FRATERNAL
ASSOCIATION,

          Defendants.

Civil Action No.:
02-2203 BA

---

### ORDER ON MOTION OF DEFENDANT
### AIRCRAFT MECHANICS FRATERNAL ASSOCIATION
### TO EXTEND TIME TO RESPOND TO PLAINTIFFS'
### MOTION FOR PARTIAL SUMMARY JUDGMENT

This cause came on to be heard on the motion of defendant, Aircraft Mechanics Fraternal Association ("AMFA"), to extend time to respond to Plaintiffs' Motion for Partial Summary Judgment, and it appearing to the Court that the motion is well taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that AMFA's motion is GRANTED, and, if Plaintiffs' Motion to Lift the Stay is granted, AMFA shall have two weeks from the date of the order lifting the stay to respond to Plaintiffs' Motion for Partial Summary Judgment.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that if Plaintiffs' Motion to Lift the Stay is denied, Plaintiffs' Motion for Partial Summary Judgment is subject to the stay,

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 9-19-05

(183)

and no response is necessary until after resolution of AMFA's grievance against Northwest.

ENTERED THIS THE 10th DAY OF July, 2003.

_____
JUDGE

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 183 in case 2:02-CV-02203 was distributed by fax, mail, or direct printing on September 19, 2005 to the parties listed.

---

Charles McGhee
BLANTON & McGHEE
5384 Poplar Ave.
Ste. 400
Memphis, TN 38119

Kenneth M. Willner
PAUL HASTINGS JANOFSKY & WAKLER LLP-Washington
875 15th St., N.W.
Washington, DC 20005

Stanley J. Silverstone
SEHAM SHEHAM MELTZ PETERSEN, LLP
445 Hamilton Ave.
Ste. 1204
White Plains, NY 10601

Lee Seham
SEHAM SHEHAM MELTZ PERERSEN, LLP
445 Hamilton Ave.
Ste. 1204
White Plains, NY 10601

Joseph Guerrieri
GUERRIERI EDMOND & CLAYMAN
1625 Massachusetts Ave., N.W.
Ste. 700
Washington, DC 20036--224

Mark A. Allen
PROVOST UMPHREY- Memphis
White Station Tower
5050 Poplar Ave.
Ste. 700
Memphis, TN 38117

Stephen D. Goodwin
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Ralph T. Gibson
BATEMAN GIBSON & CHILDERS
65 Union Ave.
1010 Cotton Exchange Bldg.
Memphis, TN 38103

Karen L Dingle
SEHAM SHEHAM MELTZ PERERSEN, LLP
11 Martine Ave.
Ste. 1405
White Plains, NY 10606

Carmen R. Parcelli
GUERRIERI EDMOND & CLAYMAN
1625 Massachusetts Ave., N.W.
Ste. 700
Washington, DC 20036--224

John J Gallagher
PAUL HASTINGS JANOFSKY & WAKLER LLP
875 15th St. N.W.
Washington, DC 20005

Stephanie Camille Reifers
BATEMAN GIBSON & CHILDERS
65 Union Ave.
1010 Cotton Exchange Bldg.
Memphis, TN 38103

Nicholas P. Granath
SEHAM SHEHAM MELTZ PETERSEN, LLP
445 Hamilton Ave.
Ste. 1204
White Plains, NY 10601

Jeffrey A. Bartos
GUERRIERI EDMOND & CLAYMAN
1625 Massachusetts Ave., N.W.
Ste. 700
Washington, DC 20036--224

Margaret H. Spurlin
PAUL HASTINGS JANOFSKY & WAKLER LLP-Washington
875 15th St., N.W.
Washington, DC 20005

Honorable J. Breen
US DISTRICT COURT